IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00736-WDM-MJW

UNITED STATES OF AMERICA, *ex rel.*
LINNETTE SUN, and
GREG HAMILTON, Relators,

STATE of ARKANSAS *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of CALIFORNIA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of DELAWARE *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,

DISTRICT of COLUMBIA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of FLORIDA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of HAWAII *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,

STATE of ILLINOIS *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of LOUISIANA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
COMMONWEALTH OF MASSACHUSETTS *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,

STATE of NEW MEXICO *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of NEVADA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of TENNESSEE *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,

STATE of TEXAS *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of UTAH *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,
STATE of VIRGINIA *ex rel.* LINNETTE SUN and GREG HAMILTON, Relators,

v.

BAXTER HEMOGLOBIN THERAPEUTICS,
BAXTER INTERNATIONAL, INC., and
DOES 1-100, who true names are unknown,

    Defendants.
_____

**ORDER**
_____

This matter has been transferred to me on account of Judge Phillip S. Figa's

death.

The United States has advised that it is not intervening in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4).

Accordingly, IT IS ORDERED:

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Notice Of The United States That It Is Not Intervening At This Time, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DATED: January 15, 2008

BY THE COURT:

s/ Walker D. Miller

_____
Walker D. Miller
United States District Judge