IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00736-WDM-MJW

UNITED STATES OF AMERICA EX REL. LINNETTE SUN and
GREG HAMILTON, RELATORS et al.,

        Plaintiffs,

v.

BAXTER HEMOGLOBIN THERAPEUTICS and BAXTER INTERNATIONAL INC.,

        Defendants.

## ~~Proposed~~ Order of Defendant Baxter
## To Stay Proceedings Pending Multidistrict Consolidation
(Docket no. 46)

The Court has considered the Consent Motion of Defendant Baxter International Inc. To Stay Proceedings Pending Multidistrict Consolidation, and the Court finds and concludes as follows:

    1. The Motion To Stay is meritorious and should be granted;

    2. The proceedings should be stayed until the Judicial Panel on Multidistrict Litigation rules on Baxter International Inc.'s Notice of Related Action;

    3. A stay pending the JPML's decision will promote judicial economy, conserve judicial and litigant resources, avoid conflicting pretrial rulings, and preserve the benefits of MDL consolidation.

1 of 2

Accordingly, it is hereby ORDERED that the Motion is granted is all respects. (*)

Dated: May 28, 2008

Magistrate Judge Michael J. Watanabe

(*) Further Ordered That The Rule 16 Conference set on May 29, 2008 At 10:00 Am is VACATED.

Further Ordered That The parties shall File A Joint Written Status Report with This Court on before June 27, 2008 As to The status of This case before Judicial Panel on Multidistrict Litigation.

DSMDB-2445746v01