IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00736-WDM-MJW

UNITED STATES OF AMERICA, *ex rel.* LINNETTE SUN, et al.,

    Plaintiffs,

v.

BAXTER HEMOGLOBIN THERAPEUTICS, et al.,

    Defendants.
_____

**ORDER FOR ADMINISTRATIVE CLOSURE**
_____

    In light of the order staying proceedings pending multidistrict consolidation, this case is administratively closed in accordance with D.C.COLO.LCivR 41.2, subject to reopening for good cause. If the parties do not file a stipulation for dismissal with prejudice or a motion to reopen this case for good cause on or before July 15, 2009, this case shall be automatically dismissed without prejudice.

    DATED at Denver, Colorado, on June 25, 2008.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL