UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

Mr. Gregory C. Langham, Clerk
United States District Court
Alfred A. Arraj United States
 Courthouse, 2nd Floor
901 19th Street
Denver, CO 80294

July 15, 2008

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2008

**GREGORY C. LANGHAM**
CLFF

IN RE: <u>MDL DOCKET No. 1456</u> In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts <u>Lead</u> Case No. 1:01-cv-12257-PBS
Your Case Civil Action No. 1:05-00736-WDM-MJW
District of MA No.1:08-cv-11200-PBS

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please email the electronic case file to Sherry_Jones@mad.uscourts.gov or send a disc containing all documents filed to **Clerk's Office, 595 Main St., Suite 502, Worcester, MA 01608, Attn: Sherry Jones.** In addition, please send a certified copy of the docket sheet and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 508-929-9901, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

/s/ Sherry Jones
Deputy Clerk

Information Copy to:  Jeffery N. Luthi, Clerk of the Panel
Counsel of Record

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION            CIVIL ACTION NO.
                                              01-12257-PBS
                                              MDL NO. 1456

### ORDER OF CONSOLIDATION

Case number 08cv11200-PBS is consolidated with civil action number 01-12257-PBS. All future pleadings will be docketed in civil action number 01-12257-PBS which has been designated the Lead Case.

/s/ Patti B. Saris
Patti B. Saris
United States District Judge

Copies to: All Counsel                        July 15, 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

July 11, 2008

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Re: MDL No. 1456 -- IN RE: Pharmaceutical Industry Average Wholesale Price Litigation

(See Attached CTO-42)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 25, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Mecca S. Thompson
Docket Specialist

Attachment

cc: Transferee Judge: Judge Patti B. Saris
    Transferor Judge: Judge Walker D. Miller
    Transferor Clerk: Gregory C. Langham

JPML Form 36

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

MDL No. 1456

## INVOLVED COUNSEL LIST (CTO-42)

Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403

Mark Allen Kleiman
Attorney at Law
1640 5th Street
# 214
Santa Monica, CA 90401

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street
4th Floor
Cambridge, MA 02142

Nicholas Theodorou
FOLEY HOAG LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

Lauren John Udden
Attorney at Law
15 West Carrillo Street
# 209
Santa Barbara, CA 93101

Edwin Godley Winstead, Jr.
U.S. Attorney's Office-Denver
1225 17th Street Plaza
#700
Dener, CO 80202

D. Scott Wise
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

United States of America ex rel Linnette Sun & Greg )
Hamilton v. Baxter Hemoglobin Therapeutics, )   MDL No. 1456
et al., D. Colorado, C.A. No. 1:05-736 )

## CONDITIONAL TRANSFER ORDER (CTO-42)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 201 F.Supp.2d 1378 (J.P.M.L. 2002). Since that time, 104 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify on 7/15/08 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on 7/14/08

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Bossett
Deputy Clerk

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 11 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION
    United States of America ex rel Linnette Sun & Greg
        Hamilton v. Baxter Hemoglobin Therapeutics,
    et al., D. Colorado, C.A. No. 1:05-736

MDL No. 1456

## CONDITIONAL TRANSFER ORDER (CTO-42)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 201 F.Supp.2d 1378 (J.P.M.L. 2002). Since that time, 104 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION